**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.

No. 2:24-cr-114-LEW

BRANDON PINARD

**PROSECUTION VERSION**

If this case were to proceed to trial, the United States would prove the following facts beyond a reasonable doubt:

1. On May 6, 2024, the Seabrook, New Hampshire Police Department received a Firearm Denial Notice regarding Brandon PINARD of Seabrook, New Hampshire. The notice indicated that PINARD was denied the purchase of a long gun in Bath, Maine on May 4, 2024, at 10:36 A.M. During the attempted purchase, PINARD provided the address of 320 Marthas Way, Dover, New Hampshire.

2. At the time of the attempted purchase, PINARD was a registered sex offender because of a 2013 conviction in Massachusetts for "Indecent Assault and Battery on a Child Under 14", a felony offense punishable by more than one year in prison. PINARD formerly lived in Dover, but now lives at 17 River Street in Seabrook, NH. Using the NHDOS Sex Offender Registry website, Lt. Nadeau of the Seabrook PD confirmed that PINARD has been registered in Seabrook since November 3, 2022.

3. ATF Form 4473 is a form that is required to be completed when a person proposes to purchase a firearm from a Federal Firearms License (FFL) holder, such as Eagle Rock Farms, LLC. As noted in a "WARNING" at the top of the form, the information provided by the proposed purchaser on the form is "used to determine whether [the person is] prohibited by Federal or State law from receiving a firearm." The form must be signed by the proposed purchaser under a certification that the

information in it is "true, correct, and complete." That information includes the person's name, address, and date of birth, among other identification information, as well information about the firearm(s) being purchased. The form also requires the person to answer a number of questions, including the question, "[h]ave you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violations(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial?" On ATF Form 4473 this is listed as question 21(c).

4.      On the ATF Form 4473 completed by PINARD for the attempted purchase of a Daniel Defense DDM4 assault rifle, PINARD checked "No" for question 21(c). In doing so, PINARD represented that had not been previously convicted in 2013 in Massachusetts for "Indecent Assault and Battery on a Child Under 14", a felony offense punishable by more than one year in prison. PINARD's answer to question 21(c) was not truthful.

5.      On the ATF Form 4473 PINARD executed on May 4, 2024, he also indicted that he lived at 1320 Marthas Way in Dover, New Hampshire, when in fact at the time he filled out the form he lived at 17 River Street, Seabrook, New Hampshire.

Dated: November 18, 2024

Respectfully Submitted,
DARCIE N. MCELWEE
United States Attorney


By: /s/Johnathan G. Nathans
    Assistant U.S. Attorney
    100 Middle Street
    Portland, Maine 04101
    (207) 780-3257
    Johnathan.Nathans@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2024, I electronically filed the Prosecution Version with the Clerk of Court using the CM/ECF system which will send notifications of such filing to all counsel of record.

DARCIE N. MCELWEE
United States Attorney

By:    */s/ Kate Whalen*
Paralegal Specialist

On Behalf Of:    Johnathan G. Nathans
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street
Portland, ME 04101
(207) 780-3257
Johnathan.Nathans@usdoj.gov